**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| SALAH N. OSSEIRAN, | ) |
| *Plaintiff,* | ) |
| v. | ) Civil Action No. |
| INTERNATIONAL FINANCE CORPORATION, | ) |
| *Defendant.* | ) |

**MOTION FOR A TEMPORARY RESTRAINING ORDER**

Plaintiff Salah N. Osseiran, for the reasons set forth in his complaint and the accompanying memorandum with supporting declaration, moves for an order directing defendant International Finance Corporation and any person or entity acting in concert with it or on its behalf, to preserve the status quo, pending hearing and disposition of plaintiff's Motion for a Preliminary Injunction, by refraining from taking any action to transfer or sell any of its shares of Middle East Capital Group stock to any party other than plaintiff.

/s/ ALEX BLANTON
Alex Blanton (D.C. Bar No. 169623)
Joseph O. Click (DC Bar No. 417294)
BLANK ROME, LLP
 600 New Hampshire Ave., NW
 Washington, D.C. 20037
 202-772-5909
 Fax: 202-572-8357
 Email: Blanton@BlankRome.com

*Counsel for plaintiff Salah N. Osseiran*