UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SALAH N. OSSEIRAN, | ) |
|    *Plaintiff*, | ) |
|    *v.* | ) Civil Action No. |
| INTERNATIONAL FINANCE CORPORATION, | ) |
|    *Defendant.* | ) |

**CERTIFICATE OF PLAINTIFF'S COUNSEL CONCERNING NOTICE TO DEFENDANT OF FILING MOTION FOR A TEMPORARY RESTRAINING ORDER**

As counsel for plaintiff Salah N. Osseiran, I certify that I have made the following diligent efforts to notify the General Counsel of defendant International Finance Corporation (IFC) of the filing of this lawsuit and the Motion for a Temporary Restraining Order:

a. On Sunday, February 26, 2006, I attempted to contact IFC's General Counsel, Jennifer Sullivan, Esquire, by telephone by calling her office number (202-473-0455). I was placed in contact with Ms. Sullivan's voice mail box where I left a message informing her that I would be filing this lawsuit and a Motion for a Temporary Restraining Order as soon as possible after 9:00 a.m. on Monday, February 27, 2006. I further informed her, via this voice mail message, that if she would contact me with instruction on how to do so, I would deliver to her or her designated representative on Sunday, February 26, 2006, a package containing the Complaint, the Motion for a Temporary Restraining Order, and all other papers being filed on Monday. Finally, in that voice mail message, I left telephone numbers

(both office and mobile) at which I could be reached for further information and the latest developments.

b. Having failed in my effort to contact IFC's General Counsel on Sunday, February 26, 2006, I sent her the attached letter informing her of this lawsuit and the Motion for a Temporary Restraining Order and enclosing copies of all related documents being filed in this Court on Monday, February 27, 2006. I further provided my telephone numbers so that she can contact me for further information and developments.

Plaintiff and I stand ready to make such further efforts as the Court may deem necessary or proper to notify defendant International Finance Corporation and its counsel of the pendency of this lawsuit and the Motion for a Temporary Restraining Order.

/s/ ALEX BLANTON
Alex Blanton (D.C. Bar No. 169623)
Joseph O. Click (DC Bar No. 417294)
BLANK ROME, LLP
 600 New Hampshire Ave., NW
 Washington, D.C. 20037
 202-772-5909
 Fax: 202-572-8357
 Email: Blanton@BlankRome.com

*Counsel for plaintiff Salah N. Osseiran*



Phone:   202-772-5909
Fax:     202-572-8357
Email:   Blanton@blankrome.com

February 26, 20006

**BY HAND**

Jennifer Sullivan, Esquire
International Finance Corporation
2121 Pennsylvania Ave., NW
Washington, DC 20433

    Re:  *Salah N. Osseiran v. International Finance Corp.*, to be filed, along with Motion for a Temporary Restraining Order and Preliminary Injunction in the United States District Court for the District of Columbia on Monday, February 27, 2006.

Dear Ms. Sullivan:

    I have enclosed for your information and **immediate action** copies of the following documents, which we will be filing in the United States District Court for the District of Columbia against the International Finance Corporation on behalf of Salah N. Osseiran on Monday, February 27, 2006: (1) Complaint for Preliminary and Permanent Injunctive Relief and Damages; (2) Motion for a Temporary Restraining Order; (3) Motion for a Preliminary Injunction; (4) Memorandum in Support of Motions for a Temporary Restraining Order and Preliminary Injunction with Declaration of Salah N. Osseiran.

    I will file these documents with the court at 9:00 a.m. on Monday morning, or as soon thereafter as possible, and will ask the court to hear the Motion for Temporary Restraining Order as soon as possible after the filing. Under the court's rules, the International Finance Corporation will be given every opportunity to appear at that hearing. As you probably know, the court is located at 333 Constitution Avenue, NW, Washington, DC. The Clerk's information number is 202-354-3000. I will attempt to call you or someone in your office as soon as I have some idea of when and by whom the



Jennifer Sullivan, Esquire
February 26, 2006
Page 2

Motion for a TRO will be heard. Please call me on my mobile telephone (202-431-2234) if you would like to discuss this matter before the hearing.

Sincerely,

Alex Blanton,
*Counsel for Salah N. Osseiran*

Enclosures