**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| SALAH N. OSSEIRAN, | ) |
| *Plaintiff*, | ) |
| *v.* | ) Civil Action No. |
| INTERNATIONAL FINANCE CORPORATION, | ) |
| *Defendant.* | ) |

**TEMPORARY RESTRAINING ORDER**

The Court, having considered plaintiff Salah N. Osseiran's Motion for a Temporary Restraining Order and the memorandum and declaration and other evidence in support thereof and the evidence and arguments in opposition thereto,

DECLARES that plaintiff has made the requisite showing that he is likely to prevail on the merits of his breach of contract or promissory estoppel claim, that, in the absence of a temporary restraining order, he will suffer irreparable injury before his pending Motion for a Preliminary Injunction can be heard and decided and that the balance of the equities tips decidedly in his favor. The Court therefore

ORDERS defendant International Finance Corporation and any person or entity acting in concert with it, pending hearing and disposition of plaintiff's pending Motion for a Preliminary Injunction, to preserve the status quo by refraining from taking any action to transfer or sell any of its shares of Middle East Capital Group stock to any party other than plaintiff.

_____
United States District Court Judge