UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SALAH N. OSSEIRAN, )<br>  )<br>  *Plaintiff*, )<br>  )<br>  *v.* )<br>  )<br>INTERNATIONAL FINANCE CORPORATION, )<br>  )<br>  *Defendant.* )<br>  ) | Civil Action No. |

**MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiff Salah N. Osseiran, for the reasons set forth in his complaint and the accompanying memorandum with supporting declaration, moves for an order directing defendant International Finance Corporation, during the pendency of this action, to preserve the status quo by refraining from taking any action to transfer or sell any of its shares of Middle East Capital Group stock to any party other than plaintiff.

/s/ ALEX BLANTON
Alex Blanton (D.C. Bar No. 169623)
Joseph O. Click (DC Bar No. 417294)
BLANK ROME, LLP
 600 New Hampshire Ave., NW
 Washington, D.C. 20037
 202-772-5909
 Fax: 202-572-8357
 Email: Blanton@BlankRome.com

*Counsel for plaintiff Salah N. Osseiran*

1

**Error! Unknown document property name.**