**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| SALAH N. OSSEIRAN, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| *v.* ) | Civil Action No. |
| ) | |
| INTERNATIONAL FINANCE CORPORATION, ) | |
| ) | |
| *Defendant.* ) | |

**PRELIMINARY INJUNCTION**

The Court, having considered plaintiff Salah N. Osseiran's Motion for a Preliminary Injunction and the memorandum and declaration and other evidence in support thereof and the evidence and arguments in opposition thereto,

DECLARES that plaintiff has made the requisite showing that he is likely to prevail on the merits of his breach of contract or promissory estoppel claim, that, in the absence of an injunction, he will suffer irreparable injury during the pendency of this action, and that the balance of the equities tips decidedly in his favor.  The Court therefore

ORDERS defendant International Finance Corporation and any person or entity acting in concert with it, pending disposition of this action or further order of the Court, to preserve the status quo by refraining from taking any action to transfer or sell any of its shares of Middle East Capital Group stock to any party other than plaintiff.

 

_____
**United States District Court Judge**