UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SALAH N. OSSEIRAN,         ) | |
|                                   ) | |
| *Plaintiff*,            ) | |
|                                   ) | |
| *v.*                                ) | Civil Action No. 1-06-CV-0336 RWR |
|                                   ) | |
| INTERNATIONAL FINANCE    ) | |
| CORPORATION,         ) | |
|                                   ) | |
| *Defendant.*          ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Francis A. Vasquez, Jr., of White & Case LLP as counsel in this case for International Finance Corporation ("IFC"). IFC is an "international organization" as defined by 28 U.S.C. § 288 and hereby reserves all rights, privileges and immunities to which it is entitled under United States law and IFC's Articles of Agreement.

Dated: February 28, 2006
       Washington, D.C.

                              Respectfully submitted,

                              **WHITE & CASE** LLP

                              */s/ Francis A. Vasquez, Jr.*
                              Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
                              701 Thirteenth Street NW
                              Washington, D.C. 20005
                              Telephone: 202-626-3603
                              Fax: 202-639-9355
                              fvasquez@whitecase.com

                              *Counsel for International Finance Corporation*