UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SALAH N. OSSEIRAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-cv-336 |
| ) | |
| INTERNATIONAL FINANCE CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR THE ISSUANCE OF A CONSENT ORDER
IN LIEU OF A TEMPORARY RESTRAINING ORDER**

Plaintiff Salah N. Osseiran and defendant International Finance Corporation have reached the following agreement respecting plaintiff's Motion for a Temporary Restraining Order:

Defendant International Finance Corporation ("IFC") agrees that, pending the earlier of March 24, 2006 or the disposition of plaintiff's pending Motion for a Preliminary Injunction, it will not consummate any transfer or sale of any of its shares of Middle East Capital Group stock to any party other than plaintiff. IFC is an "international organization" as defined by 22 U.S.C. § 288 and expressly reserves all rights, privileges and immunities to which it is entitled under United States law and its Articles of Agreement.

Plaintiff Salah N. Osseiran agrees that upon the Court's issuance of this Consent Order, its Motion for a Temporary Restraining Order will be dismissed without prejudice.

In light of the foregoing agreement, the parties move for the issuance of the attached Consent Order.

Respectfully submitted,

/s/ ALEX BLANTON
Alex Blanton (D.C. Bar No. 169623)
Joseph O. Click (DC Bar No. 417294)

BLANK ROME, LLP
 600 New Hampshire Ave., NW
 Washington, D.C. 20037
 202-772-5909
 Fax: 202-572-8357
 Email: blanton@blankrome.com

*Counsel for plaintiff Salah N. Osseiran*


/s/ FRANCIS A. VASQUEZ, JR.
**Francis A. Vasquez, Jr. (D.C. Bar No. 442161)**
 White & Case LLP
 701 Thirteenth Street, NW
 Washington, D.C. 20005
 202-626-3603
 Fax:
 fvasquez@whitecase.com

*Counsel for defendant International Finance Corporation*