**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

_____
                                                          )
SALAH N. OSSEIRAN,                        )
                                                          )
    *Plaintiff,*                                  )
                                                          )
    *v.*                                            )   Civil Action No. 06-cv-336
                                                          )
INTERNATIONAL FINANCE CORPORATION,   )
                                                          )
    *Defendant.*                              )
_____)

**CONSENT ORDER**

The Court is informed that the parties have reached an agreement respecting plaintiff's pending Motion for a Temporary Restraining Order as follows:

Defendant International Finance Corporation ("IFC") agrees that, pending the earlier of March 24, 2006 or the disposition of plaintiff's pending Motion for a Preliminary Injunction, it will not consummate any transfer or sale of any of its shares of Middle East Capital Group stock to any party other than plaintiff. IFC is an "international organization" as defined by 22 U.S.C. § 288 and expressly reserves all rights, privileges and immunities to which it is entitled under United States law and its Articles of Agreement.

Plaintiff Salah N. Osseiran agrees that upon the Court's issuance of this Consent Order, its Motion for a Temporary Restraining Order will be dismissed without prejudice.

In light of the parties' agreement, the Court

APPROVES the foregoing Agreement; and the Court further

ORDERS defendant International Finance Corporation (IFC) and all persons and entities acting on its behalf, to preserve the status quo pending the earlier of March 24, 2006 or the disposition of plaintiff's pending Motion for a Preliminary Injunction, by refraining from consummating the transfer or sale of any of IFC's shares of Middle East Capital Group stock to any party other than plaintiff; and the Court further

ORDERS that plaintiff's Motion for a Temporary Restraining Order is Dismissed without prejudice.

_____
Richard W. Roberts
United States District Court Judge

Please serve:

Alex Blanton
Blank Rome LLP
600 New Hampshire Ave., NW
Washington, DC 20037

Francis A. Vasquez, Jr.
White & Case LLP
701 Thirteenth Street, NW
Washington, D.C.
20005