UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SALAH N. OSSEIRAN, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 1-06-CV-0336 RWR |
| INTERNATIONAL FINANCE CORPORATION, | ) |
| *Defendant*. | ) |

**JOINT MOTION FOR SCHEDULING ORDER ON BRIEFING
OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Salah N. Osseiran and Defendant International Finance Corporation ("IFC") have reached the following agreement respecting the briefing for Plaintiff's motion for preliminary injunction:

1. Defendant IFC will file its Opposition Papers to Plantiff Osseiran's motion for preliminary injunction on or before March 10, 2006; and

2. Plaintiff Osseiran will file a reply brief within five (5) business days following the filing of Defendant's Opposition.

WHEREFORE, the parties jointly request that the Court enter the Consent Order on Scheduling submitted herewith.

Dated:  March 7, 2006
    Washington, D.C.

Respectfully submitted,


 /S/ FRANCIS A. VASQUEZ, JR._____
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
WHITE & CASE LLP
701 Thirteenth Street NW
Washington, D.C. 20005
Telephone:  202-626-3603
Fax:  202-639-9355
fvasquez@whitecase.com

*Counsel for International Finance Corporation*


/S/ ALEX BLANTON_____
Alex Blanton (D.C. Bar No. 169623)
Joseph O. Click (DC Bar No. 417294)
BLANK ROME, LLP
600 New Hampshire Ave., NW
Washington, D.C. 20037
202-772-5909
Fax: 202-572-8357
blanton@blankrome.com

*Counsel for Salah N. Osseiran*