UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SALAH N. OSSEIRAN, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| *v.* ) | Civil Action No.  1-06-CV-0336 RWR |
| ) | |
| INTERNATIONAL FINANCE ) | |
| CORPORATION, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

## CONSENT ORDER

The Court is informed that the parties have reached an agreement respecting scheduling of the briefing for Plaintiff's Motion for Preliminary Injunction as follows:

1. Defendant IFC will file its Opposition Papers to Plantiff Osseiran's motion for preliminary injunction on or before March 10, 2006; and

2. Plaintiff Osseiran will file a reply brief within five (5) business days following the filing of Defendant's Opposition.

In light of the parties' agreement, the Court

APPROVES the foregoing Agreement; and the Court further

ORDERS defendant International Finance Corporation ("IFC") file its Opposition Papers to Plantiff Osseiran's motion for preliminary injunction on or before March 10, 2006; and the Court further

ORDERS that Plaintiff file his reply brief, if any, within five (5) business days following the filing of Defendant's Opposition.

_____
Richard W. Roberts
United States District Court Judge