# EXHIBIT C

## DECLARATION OF MARK ALLOWAY

I, Mark Alloway, state as follows:

1. I am the Associate Director of the Global Financial Markets Department for International Finance Corporation ("IFC") and work in IFC's offices in Washington, D.C. I have been employed by IFC since 1997 [1993] and have held my current title since 2004. I am the immediate superior of Mr. Jan van Bilsen. Unless otherwise stated, I have personal knowledge of the facts stated herein, and if sworn as a witness, would testify to those facts.

2. I have reviewed the Declaration of Salah N. Osseiran that he submitted in his case against IFC. I believe he has made a number of misstatements and mischaracterizations about the events he has described pertaining to his attempted purchase of IFC's shares in Middle East Capital Group ("MECG").

3. Compared with Mr. van Bilsen and Mr. Genovese, I have had only limited involvement with the matters that are the subject of Mr. Osseiran's declaration. I note that he references me only in paragraphs 15(a) and 15(b) of his declaration and that he misspells my name.

4. I was present for the very beginning of the conference call on December 19, 2006 referenced at paragraph 15(a) of Mr. Osseiran's declaration. I had to excuse myself after only a few minutes, however, and Jan van Bilsen spoke on behalf of IFC. To the extent I was present, my recollection is consistent with the description of the December 19, 2005 call that Jan van Bilsen has provided in his declaration, which I have reviewed.

5. I was involved with the telephone call of January 24, 2006, that is referenced in paragraph 15(b) of Mr. Osseiran's declaration. His statements about what I told him are wholly untrue. I did not represent that we had committed to sell him IFC's shares in MECG and did not say that we would commit to sell him those shares in the future. Instead, I told him that IFC

would await the outcome of the upcoming shareholders meetings before making a decision about what to do with its shares.

6. I was also involved in the telephone call of January 25, 2006 that is referenced in paragraph 15(c) of Mr. Osseiran's declaration. Again, Mr. Osseiran's account of this telephone call is wholly inaccurate. I have reviewed the declaration of Carmen Genovese and agree with the description he provides of the January 25, 2006 call.

7. I have reviewed paragraphs 2 and 3 of the declaration of Jan van Bilsen regarding IFC generally and the policies and practices of IFC with respect to transactions to buy or sell its investments. I am familiar with the general facts about IFC that he sets forth in paragraph 2. Regarding paragraph 3, I concur that the description he provides is an accurate summary of IFC's policies with respect to binding itself to such transactions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9 day of March in Washington, D.C.

_____
Mark Alloway

2