**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| SALAH N. OSSEIRAN, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 1-06-CV-0336 RWR |
| INTERNATIONAL FINANCE CORPORATION, | ) |
| *Defendant*. | ) |

## ORDER

Having reviewed and considered the Plaintiff's Motion for Preliminary Injunction, the papers filed in support thereto and Defendant International Finance Corporation's opposition papers, the Court hereby finds that:

1. The requested relief may not be issued as a matter of law because the Defendant's property is immune from attachment; and

2. Plaintiff has not satisfied its burden to demonstrate that a preliminary injunction is warranted; and hereby

ORDERS that Plaintiff's Motion for Preliminary Injunction is DENIED.

SO ORDERED this __ day of March, 2006.


Richard W. Roberts
United States District Court Judge