UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SALAH N. OSSEIRAN, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No.  1-06-CV-0336 RWR |
| ) | |
| INTERNATIONAL FINANCE ) | |
| CORPORATION, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

**DEFENDANT INTERNATIONAL FINANCE CORPORATION'S
MOTION TO DISMISS THE COMPLAINT**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and the doctrine of *forum non conveniens*, International Finance Corporation ("IFC") respectfully moves to dismiss Plaintiff's Complaint for Preliminary and Permanent Injunctive Relief and Damages ("Complaint").  As discussed more fully in the accompanying Memorandum of Law in Support of IFC's Motion,  Plaintiff's Complaint should be dismissed on three grounds.

First, under the doctrine of *forum non conveniens*, because Guernsey provides an alternative forum that is substantially more convenient and appropriate to hear this case, which concerns the dispute of shares of a Guernsey corporation.  The District of Columbia is an inconvenient forum, its sole nexus to this dispute being IFC is located here.  In support of its *forum non conveniens* argument, IFC submits the Second Affidavit of Mark Gideon Andrew Dunster dated March 20, 2006.

Second, the Complaint fails to state any claim upon which relief can be granted under either Guernsey or District of Columbia law.

1

Third, none of Plaintiffs' claims are of the type for which IFC has waived immunity in its Articles of Agreement and Plaintiff is not the type of person to whom IFC would have subjected itself to suit in order to achieve its chartered objectives. Therefore, IFC remains immune from suit on Plaintiff's claims.

WHEREFORE, IFC requests that the Court enter an Order dismissing the Complaint in a form substantially similar to the proposed order included herewith.

Dated: Washington, D.C.
       March 20, 2006

Respectfully submitted,

**WHITE & CASE** LLP

/ S / Francis A. Vasquez, Jr.
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Frank Panopoulos (D.C. Bar No. 459365)
701 Thirteenth Street, N.W.
Washington, D.C. 20005-3807
(202) 626-3600

*Attorneys for International Finance Corporation*