**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| SALAH N. OSSEIRAN,           )<br>                              )<br>    *Plaintiff*,               )<br>                              )<br>    *v.*                      )<br>                              )<br>INTERNATIONAL FINANCE         )<br>CORPORATION,                  )<br>                              )<br>    *Defendant*.              )<br>                              ) | Civil Action No. 1-06-CV-0336 RWR |

**ORDER**

Having reviewed and considered Defendant's Motion to Dismiss the Complaint and the papers filed in support thereof, Plaintiff's Opposition papers, and the entire record herein, it is hereby

ORDERED, that Defendant's Motion is GRANTED and the Complaint is dismissed with Prejudice.

SO ORDERED this ____ day of March, 2006

_____
Richard W. Roberts
United States District Judge

1