IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALAH N. OSSEIRAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1-06-CV-0336 RWR |
| | ) |
| INTERNATIONAL FINANCE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

To the Clerk of the Court:

    Please enter the additional appearance of the undersigned as counsel for Plaintiff.

March 27, 2006

                                                      _____
                                                      Michael Joseph (D.C. Bar No. 6593)
                                                      BLANK ROME LLP
                                                      600 New Hampshire Avenue, NW
                                                      Washington, DC 20037
                                                      (202) 772-5984
                                                      E-mail: Joseph@blankrome.com