**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| SALAH N. OSSEIRAN, )<br>)<br>　　*Plaintiff*, )<br>)<br>　　*v.* )<br>)<br>INTERNATIONAL FINANCE CORPORATION, )<br>)<br>　　*Defendant.* )<br>) | Civil Action No. 1-06-CV-0336 RWR |

**JOINT MOTION TO POSTPONE COURT-ORDERED STATUS REPORT
AND FURTHER BRIEFING ON DEFENDANT'S MOTION TO DISMISS**

At the conclusion of the hearing at which the Court heard and denied plaintiff's Motion for a Preliminary Injunction, the Court directed the parties to confer and advise the Court, by April 10, 2006, the nature and extent of further proceedings contemplated by the parties. Counsel have conferred preliminarily. Counsel have concluded that because of near-term schedule conflicts of all counsel and the parties and the upcoming religious holidays, the discussions contemplated by the Court cannot be completed in time to provide a meaningful status report by the April 10 date specified by the Court.

In light of the foregoing, the parties jointly move for an order postponing the date by which they are to submit their status report until April 19, 2006. The parties also move for an order postponing further briefing on IFC's Motion to Dismiss as follows:

plaintiff's Opposition to be served and filed on April 24, 2006 and defendants Reply to be served and filed on May 8, 2006.

                                  **Respectfully submitted,**

                                  **/s/ ALEX BLANTON**
                                  **Alex Blanton (D.C. Bar No. 169623)**
                                  **Michael Joseph (DC Bar No. 6593)**
                                  **BLANK ROME, LLP**
                                    **600 New Hampshire Ave., NW**
                                    **Washington, D.C. 20037**
                                    **202-772-5909**
                                    **Fax: 202-572-8357**
                                    **Email: blanton@blankrome.com**

*Counsel for plaintiff Salah N. Osseiran*

                                  **/s/ FRANCIS A. VASQUEZ, JR.**
                                  **Francis A. Vasquez, Jr. (D.C. Bar No. 442161)**
                                    **White & Case LLP**
                                    **701 Thirteenth Street, NW**
                                    **Washington, D.C. 20005**
                                    **202-626-3603**
                                    **Fax: 202-639-9355**
                                    fvasquez@whitecase.com

*Counsel for defendant International Finance Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| SALAH N. OSSEIRAN,      )<br>                       )<br>    *Plaintiff,*        )<br>                       )<br>    *v.*                )<br>                       )<br>INTERNATIONAL FINANCE CORPORATION,  )<br>                       )<br>    *Defendant.*      )| Civil Action No. 1-06-CV-0336 RWR |

**ORDER**

The Court, having considered the parties' Joint Motion to Postpone Court-Ordered Status Report and Further Briefing on Defendant's Motion to Dismiss,

ORDERS that the Status Report previously scheduled to be filed on or before April 10, 2006, shall be filed instead on or before April 19, 2006; and further

ORDERS that the plaintiff's Opposition to defendant International Finance Corporation's Motion to Dismiss shall be filed and served on or before April 24, 2006 and IFC's Reply to that Opposition shall be filed on or before May 8, 2006.

_____
United States District Judge

**Please serve:**

Alex Blanton
Michael Joseph
B<small>LANK</small> R<small>OME</small>, LLP
600 New Hampshire Ave., NW
Washington, D.C. 20037
Email: **blanton@blankrome.com**

**Francis A. Vasquez, Jr.**
**White & Case LLP**
**701 Thirteenth Street, NW**
**Washington, D.C. 20005**
**Email: fvasquez@whitecase.com**