UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SALAH N. OSSEIRAN, )
)
Plaintiff, )
)
v. )  Civil Action No. 1-06-CV-0336 RWR
)
INTERNATIONAL FINANCE CORPORATION, )
)
Defendant. )

JOINT STATUS REPORT

Pursuant to the Court's direction, the parties have conferred and advise the Court of the nature and extent of further proceedings contemplated by the parties. Plaintiff intends to continue prosecuting the action and expects to file his opposition to defendant's motion to dismiss the complaint no later than April 24, 2006. In addition, the parties expect to file with the Court their joint report pursuant to local rule 16.3(d) no later than April 28, 2006.

Respectfully submitted,

/s/ Francis A. Vasquez, Jr.
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
 White & Case LLP
 701 Thirteenth Street, NW
 Washington, D.C. 20005
 202-626-3603
 Fax: 202-639-9355
 fvasquez@whitecase.com

*Counsel for defendant International Finance Corporation*

/s/ Alex Blanton
Alex Blanton (D.C. Bar No. 169623)
Michael Joseph (DC Bar No. 6593)
Blank Rome, LLP
 600 New Hampshire Ave., NW
 Washington, D.C. 20037
 202-772-5909
 Fax: 202-572-8357
 Email: blanton@blankrome.com

*Counsel for plaintiff Salah N. Osseiran*