UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SALAH N. OSSEIRAN, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> INTERNATIONAL FINANCE ) <br> CORPORATION, ) <br> ) <br> *Defendant*. ) <br> ) | Civil Action No.  1-06-CV-0336 RWR |

**JOINT MOTION TO TREAT PREVIOUSLY FILED**
**PAPERS AS MOTION TO DISMISS AND OPPOSITION**

Plaintiff Salah N. Osseiran and Defendant International Finance Corporation ("IFC") jointly move and state as follows:

1.	On February 27, 2006, Plaintiff Osserian filed his original complaint.  [Docket Entry #1].

2.	On March 20, 2006, Defendant IFC filed a motion to dismiss the original complaint.  [Docket Entry #10].  On April 24, 2006, Plaintiff Osseiran filed his opposition to Defendant IFC's motion.  [Docket Entry #15].

3.	On April 24, 2006, Plaintiff Osseiran filed an Amended Complaint.  [Docket Entry #16].  The Amended Complaint is similar to the original, except that it provides certain additional details and drops Counts Four and Five of the original.

4.	The parties recognize that the filing of an amended complaint ordinarily moots the original complaint and any motion papers filed in reference to it.  *See, e.g.*, *Nat'l City Mortgage Co. v. Navarro*, 220 F.R.D. 102, 106 (D.D.C. 2004) (denying as moot the defendants' motions to dismiss on the basis that the amended complaint superseded the original).  In view of the

similarities between the original and amended complaint, however, and to avoid having to refile substantially the same motion and opposition papers, the parties hereby request that the Court consider the original motion papers [Docket Entry #10] and the original opposition papers [Docket Entry #15] to be filed in reference to the amended complaint.

5. Defendant IFC will file its reply papers on or before May 8, 2006, as previously agreed. [*See* Docket Entry #13].

WHEREFORE, the parties jointly request that the Court enter an Order substantially similar to the order included herewith.

Dated: May 2, 2006
Washington, D.C.

Respectfully submitted,

/S/ FRANCIS A. VASQUEZ, JR._____
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
WHITE & CASE LLP
701 Thirteenth Street NW
Washington, D.C. 20005
Telephone: 202-626-3603
Fax: 202-639-9355
fvasquez@whitecase.com

*Counsel for International Finance Corporation*


/S/ ALEX BLANTON_____
Alex Blanton (D.C. Bar No. 169623)
Joseph O. Click (DC Bar No. 417294)
BLANK ROME, LLP
600 New Hampshire Ave., NW
Washington, D.C. 20037
202-772-5909
Fax: 202-572-8357
blanton@blankrome.com

*Counsel for Salah N. Osseiran*