UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SALAH N. OSSEIRAN, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 1-06-CV-0336 RWR |
| INTERNATIONAL FINANCE CORPORATION, | ) |
| *Defendant.* | ) |

## ORDER

The Court, having considered the parties' Joint Motion to Treat Previously Filed Papers as Motion to Dismiss and Opposition, hereby:

ORDERS that Docket Entry #10 be considered as a motion to dismiss the Amended Complaint [Docket Entry #16]; and further

ORDERS that Docket Entry #15 be considered as the opposition to the motion to dismiss the Amended Complaint; and hereby

ORDERS that Defendant IFC's reply brief be filed on or before May 8, 2006.

SO ORDERED this __ day of May, 2006.


Richard W. Roberts
United States District Court Judge