**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| SALAH N. OSSEIRAN, )<br>)<br>  *Plaintiff,* )<br>)<br>  *v.* )<br>)<br>INTERNATIONAL FINANCE CORPORATION, )<br>)<br>  *Defendant.* )<br>) | Civil Action No. 1-06-CV-0336 RWR |

**ORDER**

The Court, having considered plaintiff Salah N. Osseiran's Motion to Stay Further Proceedings on Defendant International Finance Corporation's Motion to Dismiss the Complaint and the arguments in support thereof and in opposition thereto,

ORDERS that the Motion is GRANTED; and further

ORDERS that proceedings on International Finance Corporation's pending Motion to Dismiss is are stayed for 180 days during which plaintiff may conduct discovery on whether the agreements and representations on which it relies are binding, final and enforceable.

_____
United States District Judge