UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SALAH N. OSSEIRAN, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) | Civil Action No. 1-06-CV-0336 RWR |
| INTERNATIONAL FINANCE CORPORATION, | ) ) ) ) | |
| *Defendant.* | ) ) | |

## ORDER

Having reviewed and considered Plaintiff's Motion to Stay Proceedings on Defendant's Motion to Dismiss, Plaintiff's Memorandum in Support thereof, Defendant's papers filed in opposition thereto, and the entire record herein, it is hereby

ORDERED, that Plaintiff's Motion to Stay Proceedings is DENIED.

SO ORDERED this __ day of March, 2007.

_____
Richard W. Roberts
United States District Court Judge

BLANK ROME, LLP

Alex Blanton (D.C. Bar No. 169623)
Michael Joseph (D.C. Bar No. 6593)
600 New Hampshire Ave., N.W.
Washington, DC 20037
(202) 772-5909
*Attorneys for Plaintiff Salah N. Osseiran*

WHITE & CASE LLP

Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Frank Panopoulos (D.C. Bar No. 459365)
701 Thirteenth Street, N.W.
Washington, DC 20005
(202) 626-3600
*Attorneys for International Finance Corporation*