UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SALAH N. OSSEIRAN, | ) | |
| | ) | |
|    *Plaintiff*, | ) | |
| | ) | |
|    *v.* | ) | Civil Action No.  1-06-CV-0336 RWR |
| | ) | |
| INTERNATIONAL FINANCE CORPORATION, | ) | |
| | ) | |
|    *Defendant.* | ) | |
| | ) | |

**CONSENT MOTION TO ENLARGE DEFENDANT
INTERNATIONAL FINANCE CORPORATION'S TIME
TO FILE ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant International Finance Corporation ("IFC"), with the express consent through counsel of Plaintiff Salah N. Osseiran ("Plaintiff"), respectfully moves this Court to grant IFC an enlargement of time to file IFC's Answer to Plaintiff's Amended Complaint currently due on August 13, 2007.  IFC makes this consent motion for the following reasons:

    1.    A short enlargement to file the Answer is necessary due to unavoidable travel schedules and the difficulties associated with coordinating with IFC personnel overseas.

    2.    Counsel for Plaintiff has consented to this request.

    3.    Given the parties' mutual agreement to the relief requested, IFC submits that such relief will not prejudice the parties or the orderly progression of the case.

      Wherefore, IFC respectfully requests that the Court grant it leave to file its Answer to the Amended Complaint by August 20, 2007.

| | |
|---|---|
| Dated: Washington, D.C.<br>       August 8, 2007 | Respectfully submitted,<br><br>**WHITE & CASE** LLP<br><br>/ S / Francis A. Vasquez, Jr.<br>Francis A. Vasquez, Jr. (D.C. Bar No. 442161)<br>Frank Panopoulos (D.C. Bar No. 459365)<br>701 Thirteenth Street, N.W.<br>Washington, D.C. 20005-3807<br>(202) 626-3600<br><br>*Attorneys for International Finance Corporation* |