## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| SALAH N. OSSEIRAN, | ) <br> ) |
| *Plaintiff*, | ) <br> ) |
| v. | ) Civil Action No. 1-06-CV-0336 RWR <br> ) |
| INTERNATIONAL FINANCE CORPORATION, | ) <br> ) <br> ) |
| *Defendant*. | ) <br> ) |

## CONSENT ORDER

The Court is informed that the parties have reached an agreement respecting the enlargement of time for Defendant International Finance Corporation ("IFC") to file its Answer to Plaintiff's Amended Complaint by August 20, 2007. In light of the parties' agreement, the Court hereby

APPROVES the foregoing Agreement; and the Court further

ORDERS Defendant IFC to file its Answer to Plaintiff's Amended Complaint on or before August 20, 2007.

SO ORDERED this ___ day of August, 2007.

---

Richard W. Roberts
United States District Court Judge