UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SALAH N. OSSEIRAN, | ) | |
| | ) | |
|    *Plaintiff*, | ) | |
| | ) | |
|    v. | ) | Civil Action No.  1-06-CV-0336 RWR |
| | ) | |
| INTERNATIONAL FINANCE CORPORATION, | ) ) | |
| | ) | |
|    *Defendant.* | ) ) | |

## **NOTICE OF APPEAL**

Notice is hereby given that Defendant International Finance Corporation ("IFC") appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's Memorandum Opinion and Order entered on July 27, 2007 denying IFC's motion to dismiss for lack of subject matter jurisdiction under the International Organizations Immunities Act ("IOIA"), 22 U.S.C. § 288.

This appeal is permitted by law as of right under the collateral order doctrine. *See, e.g.*, *El-Hadad v. United Arab Emirates*, 216 F.3d 29, 31 (D.C. Cir. 2000) ("The denial of a foreign state's motion to dismiss on the ground of sovereign immunity is subject to interlocutory appeal under the collateral order doctrine."); *see also Atkinson v. Inter-Am. Dev. Bank*, 156 F.3d 1335, 1341 (D.C. Cir. 1998) (holding that an international organization's immunity under the IOIA is co-extensive with the absolute immunity accorded to foreign sovereigns in 1945).  This notice is timely pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A).

| | |
|---|---|
| Dated: Washington, D.C.<br>August 23, 2007 | Respectfully submitted,<br><br>**WHITE & CASE** LLP<br><br>/ s / Francis A. Vasquez, Jr.<br>Francis A. Vasquez, Jr. (D.C. Bar No. 442161)<br>Frank Panopoulos (D.C. Bar No. 459365)<br>701 Thirteenth Street, N.W.<br>Washington, D.C. 20005-3807<br>(202) 626-3600<br><br>*Attorneys for International Finance Corporation* |