**UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| SALAH N. OSSEIRAN, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | )  Civil Action No.  1-06-CV-0336 RWR |
| | ) |
| INTERNATIONAL FINANCE CORPORATION, | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

**JOINT MOTION FOR
ENTRY OF PROTECTIVE ORDER**

Defendant International Finance Corporation and Plaintiff Salah N. Osseiran (together, "the Parties") jointly move and state as follows:

1. The Parties agree that a protective order is needed to ensure that confidential information submitted in connection with this proceeding is not improperly used or disclosed.

2. The Parties have agreed on, and submit herewith, the text of a protective order governing this proceeding, including discovery and discovery material.

WHEREFORE, the Parties jointly request that the Court enter a Protective Order substantially similar to the order submitted herewith.

Dated: April 22, 2009
       Washington, DC

                     Respectfully submitted,

                     /s/ Francis A. Vasquez, Jr.
                     Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
                     Frank Panopoulos (D.C. Bar No. 459365)
                     WHITE & CASE LLP
                     701 Thirteenth Street NW
                     Washington, D.C. 20005
                     Phone: (202) 626-3600
                     Fax:    (202) 639-9355
                     fvasquez@whitecase.com

                     *Counsel for International Finance Corporation*

                     /s/ Alex Blanton
                     Alex Blanton (D.C. Bar No. 169623)
                     Michael Joseph (DC Bar No. 6593)
                     BLANK ROME, LLP
                     600 New Hampshire Ave., NW
                     Washington, D.C. 20037
                     Phone: (202) 772-5909
                     Fax:    (202) 572-8357
                     blanton@blankrome.com

                     *Counsel for Plaintiff Salah N. Osseiran*