UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SALAH N. OSSEIRAN, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| *v.* ) | Civil Action No.  1-06-CV-0336 RWR |
| ) | |
| INTERNATIONAL FINANCE ) | |
| CORPORATION, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

## DECLARATION OF FRANCIS A. VASQUEZ, JR.

I, Francis A. Vasquez, Jr., declare as follows:

1. I am a member of the law firm White & Case LLP, counsel for International Finance Corporation ("IFC").  I submit this declaration in support of IFC's Opposition to Plaintiff's Motion for Extension of Time to Complete Discovery in the above-captioned case.

2. Attached hereto as Exhibit A is a true and correct copy of the transcript of the Scheduling Conference before the Court on April 29, 2009.

3. Attached hereto as Exhibit B is a true and correct copy of a chain of e-mail correspondence between me and Alex Blanton (counsel for Plaintiff) from June 29, 2009 to July 10, 2009.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts of the transcript from the deposition of Plaintiff Salah N. Osseiran dated August 20, 2009 (FILED UNDER SEAL).

5. Attached hereto as Exhibit D is a true and correct copy of a letter from Alex Blanton (counsel for Plaintiff) to me dated August 26, 2009.

6. Attached hereto as Exhibit E is a true and correct copy of a letter from Alex Blanton (counsel for Plaintiff) to me dated July 1, 2009.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of September, 2009 in Washington, D.C.

<u>/s/ Francis A. Vasquez, Jr.</u>
Francis A. Vasquez, Jr.